

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00242-CV

| | | |
|---|---|---|
| LARRY J. REYNOLDS, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-315357-20) |
| V. | § | March 3, 2022 |
| MBRV I, LLC AND MBRV II, LLC, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed, and appellees' request for appellate sanctions is denied.

It is further ordered that appellant Larry J. Reynolds shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack